**Opinion issued December 10, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00753-CV

————————————

**GARY BAIRD, Appellant**

**V.**

**TEXAS FAIR PLAN ASSOCIATION, Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Fort Bend County, Texas**
**Trial Court Case No. 19-CCV-065247**

---

## MEMORANDUM OPINION

Appellant, Gary Baird, has filed a motion for voluntary dismissal of this appeal, in which no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Ten days have passed with no response. *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(1), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.